Mark I. Wraight (SBN 288303)
mark.wraight@stinson.com
Rebecca S. Saelao (SBN 222731)
rebecca.saelao@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone:  415.398.3344
Facsimile:   415.956.0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.
and WELLS FARGO & COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANE MAURA ISENBERG,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY,<br><br>Defendants. | Case No. 3:25-cv-05064-CRB<br><br>The Hon. Charles R. Breyer<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR JOINT SCHEDULING REPORT IN LIGHT OF RESOLUTION EFFORTS**<br><br>Action Filed: June 13, 2025<br>Trial Date:    None Set |

Plaintiff ADRIANE MAURA ISENBERG ("Plaintiff") and Defendants Wells Fargo Bank, N.A. and Wells Fargo & Company ("Defendants," together with Plaintiff, the "Parties"), respectfully submit the following Stipulation to extend time in this case and state as follows:

## STIPULATION

WHEREAS, Plaintiff filed her complaint on June 13, 2025.

WHEREAS, Wells Fargo filed its answer to the Complaint on January 21, 2026, pursuant to a prior Court-approved extension of time to respond to the complaint.  See Dkt. Nos.  34 & 35.

WHEREAS, the Parties are exploring early resolution of this matter including

CORE/3547685.3522/235018903.3

informal discovery, considering settlement proposals, and scheduling the matter for a private mediation in February 2026.

WHEREAS, in light of the Parties' efforts to resolve this matter without further litigation, including their efforts to mediate the case in February 2026, the Parties HEREBY STIPULATE subject to Court approval that the Parties' deadline to file their Rule 26(f) report be extended through and including March 3, 2026.

DATED: January 22, 2026          STINSON LLP


                                 By:    _/s/ Rebecca S. Saelao_
                                          Rebecca S. Saelao

                                 Attorneys for Defendants WELLS FARGO
                                 BANK, N.A. and WELLS FARGO &
                                 COMPANY


DATED: January 22, 2026          PAUL S. ROTHSTEIN, P.A.


                                 By:    _/s/ Paul S. Rothstein_
                                          Paul S. Rothstein
                                          _Admitted Pro Hac Vice_

                                 Attorneys for Plaintiff ADRIANE MAURA
                                 ISENBERG

I, Rebecca S. Saelao, am the ECF user whose ID and password are being used to file this document. I hereby attest that the signatory above has concurred with this filing.

                                 _/s/ Rebecca S. Saelao_
                                   Rebecca S. Saelao

Stinson LLP
595 Market Street
Suite 2600
San Francisco, California 94105
415.398.3344

2

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO SUBMIT JOINT REPORT**
CASE NO.  3:25-CV-05064-CRB

CORE/3547685.3522/235018903.3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court approves the Parties' stipulation.  The Parties must file their Rule 26(f) report by March 3, 2026.

DATED:   January 22       , 2026

_____
Hon. Charles R. Breyer
United States District Judge

Stinson LLP
595 Market Street
Suite 2600
San Francisco, California 94105
415.398.3344

3